IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEIL WILLIAMS,<br><br>　Plaintiff,<br><br>　　　v.<br><br>EXETER TOWNSHIP, et al.,<br><br>　Defendants. | CIVIL ACTION NO. 3:11-CV-1931<br><br>(JUDGE CAPUTO) |

### ORDER

**NOW**, this 26th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendants' Partial Motion to Dismiss Plaintiff's Complaint (Doc. 3) is **GRANTED in part and DENIED in part**.

(2) Plaintiff's Pennsylvania Whistleblower Act claim is **DISMISSED without prejudice**. Plaintiff is given leave to amend the Complaint within **twenty-one (21) days** of this Order to cure the deficiencies identified in the accompanying Memorandum. If Plaintiff fails to timely amend his Complaint, Defendants may move the Court to dismiss the Pennsylvania Whistleblower Act claim with prejudice.

　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　United States District Judge