IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEIL WILLIAMS, | CIVIL ACTION NO. 3:11-CV-1931 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| EXETER TOWNSHIP, et al., | |
| Defendants. | |

## ORDER

NOW, this 26th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendants' Partial Motion to Dismiss Plaintiff's Complaint (Doc. 3) is **GRANTED in part and DENIED in part**.

(2) Plaintiff's Pennsylvania Whistleblower Act claim is **DISMISSED without prejudice**. Plaintiff is given leave to amend the Complaint within **twenty-one (21) days** of this Order to cure the deficiencies identified in the accompanying Memorandum. If Plaintiff fails to timely amend his Complaint, Defendants may move the Court to dismiss the Pennsylvania Whistleblower Act claim with prejudice.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge